# Notice Recipients

District/Off: 0314−1    User: AutoDocketer    Date Created: 12/1/2021
Case: 1:21−bk−02542−HWV    Form ID: 309I    Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Michael Anthony Cuff | 7310 Stoneridge Circle | Harrisburg, PA 17112 | |
| ust | United States Trustee | 228 Walnut Street, Suite 1190 | Harrisburg, PA 17101 | |
| tr | Jack N Zaharopoulos (Trustee) | Standing Chapter 13 Trustee | 8125 Adams Drive, Suite A | Hummelstown, PA 17036 |
| aty | Paul Donald Murphy−Ahles | Dethlefs Pykosh & Murphy | 2132 Market Street | Camp Hill, PA 17011 |
| 5448596 | Alltran Financial, LP | PO Box 610 | Sauk Rapids, MN 56379 | |
| 5448597 | American Express | PO Box 297871 | Fort Lauderdale, FL 33329 | |
| 5448598 | Belco Community Credit Union | Attn: Collections Department | 449 Eisenhower Boulevard | Harrisburg, PA 17111 |
| 5448599 | Capital Management Services, LP | 698 1/2 South Ogden Street | Buffalo, NY 14206−2317 | |
| 5448600 | Capital One Bank USA, NA | PO Box 30285 | Salt Lake City, UT 84130−0285 | |
| 5448601 | Citibank, NA | PO Box 6241 | Sioux Falls, SD 57117 | |
| 5448602 | Crown Asset Management, LLC | 3100 Breckinridge Boulevard #725 | Duluth, GA 30096 | |
| 5448603 | D&A Services | 1400 East Touhy Avenue, Suite G2 | Des Plaines, IL 60018 | |
| 5448604 | Discover Financial Services, LLC | PO Box 3025 | New Albany, OH 43054−3025 | |
| 5448605 | First National Bank of Omaha | PO Box 2490 | Omaha, NE 68103−2490 | |
| 5448606 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101 |
| 5448607 | KML Law Group, PC | BNY Mellon Independence Center | 701 Market Street, Suite 5000 | Philadelphia, PA 19106 |
| 5448608 | Nationstar Mortgage, LLC | d/b/a Mr. Cooper | PO Box 619096 | Dallas, TX 75261−9741 |
| 5448609 | PRA Receivables Management, LLC | d/b/a Portfolio Recovery Associates | PO Box 41067 | Norfolk, VA 23541−1067 |
| 5448611 | RAS LaVrar, LLC | 425 Commerce Drive, Suite 150 | Fort Washington, PA 19034 | |
| 5448610 | Radius Global Solutions, LLC | PO Box 390905 | Edina, MN 55439−0900 | |
| 5448612 | Ratchford Law Group, PC | 54 Glenmaura National Blvd #104 | Moosic, PA 18507 | |
| 5448613 | Tabbitha Bosack | 7310 Stone Ridge Circle | Harrisburg, PA 17112 | |

TOTAL: 22