**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Michael Anthony Cuff  
              Debtor(s)

BK NO. 21-02542 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                 Respectfully submitted,

                              /s/ *Rebecca Solarz*  
                              Rebecca Solarz  
                              06 Dec 2021, 09:48:48, EST

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106  
                              215-627-1322