United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael Anthony Cuff  
    Debtor

Case No. 21-02542-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 07, 2022      Form ID: ntcnfhrg      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Anthony Cuff, 7310 Stoneridge Circle, Harrisburg, PA 17112-9330 |
| 5448597 | + | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5448603 | + | D&A Services, 1400 East Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 5448605 | | First National Bank of Omaha, PO Box 2490, Omaha, NE 68103-2490 |
| 5448607 | + | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5448608 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 5448611 | + | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5448610 | + | Radius Global Solutions, LLC, PO Box 390905, Edina, MN 55439-0905 |
| 5448612 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd #104, Moosic, PA 18507-2161 |
| 5448613 | + | Tabbitha Bosack, 7310 Stone Ridge Circle, Harrisburg, PA 17112-9330 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5448597 | + | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 18:40:02 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5448598 | | Email/Text: rmcollections@belco.org | Jan 07 2022 18:38:00 | Belco Community Credit Union, Attn: Collections Department, 449 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 5448599 | | Email/Text: cms-bk@cms-collect.com | Jan 07 2022 18:38:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5451080 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 18:40:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5448600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 18:39:55 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5448601 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2022 18:50:11 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5448602 | + | Email/Text: kthompson@crownasset.com | Jan 07 2022 18:38:00 | Crown Asset Management, LLC, 3100 Breckinridge Boulevard #725, Duluth, GA 30096-7605 |
| 5450130 | + | Email/Text: mrdiscen@discover.com | Jan 07 2022 18:38:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5448604 | | Email/Text: mrdiscen@discover.com | Jan 07 2022 18:38:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5448606 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2022 18:38:00 | Internal Revenue Service, Centralized Insolvency |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5448609 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | Jan 07 2022 18:40:02 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5448611 | + | Email/Text: bknotice@raslavrar.com | |
|  |  | Jan 07 2022 18:38:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5448596 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Anthony Cuff pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Michael Anthony Cuff, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:21−bk−02542−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 2, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: February 9, 2022<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2022 |

ntcnfhrg (08/21)