# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Anthony Cuff<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:21-BK-02542-HWV |
| Nationstar Mortgage, LLC d/b/a Mr. Cooper<br>**Movant(s)** | **Matter:** Motion for Relief from the Automatic Stay |
| v. | |
| Michael Anthony Cuff<br>Tabitha A. Bosack (Non-Filing Co-Debtor)<br>**Respondent(s)** | **Document No. 26** |
| Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Michael Anthony Cuff, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Upon information and belief, the averments as stated in Paragraph 4 are admitted.

5. Admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable the parties.

8. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

9. Paragraph 9 contains a conclusion of law to which no response is required.

10. Denied in part. Debtor(s) are without sufficient knowledge as to the truth of the averment in Paragraph indicating that Movant(s) incurred legal fees; therefore, it is denied. The remaining averments as stated in Paragraph 10 contains a conclusion of law to which no response is required.

11. Paragraph 11 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: April 19, 2022

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Anthony Cuff<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:21-BK-02542-HWV |
| Nationstar Mortgage, LLC d/b/a Mr. Cooper<br>**Movant(s)** | **Matter:** Motion for Relief from the Automatic Stay |
| v. | |
| Michael Anthony Cuff<br>Tabitha A. Bosack (Non-Filing Co-Debtor)<br>**Respondent(s)** | **Document No.** 26 |
| Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, April 19, 2022, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)'**

**Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Rebecca Solarz, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire