**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Anthony Cuff<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:21-BK-02542-HWV |
| | **Matter:** Motion for Relief from the Automatic Stay |
| | **Document No.** 30 |

**WITHDRAWAL**

TO THE BANKRUPTCY COURT:

Kindly withdraw Debtor(s)' Answer to Motion for Relief from the Automatic Stay filed by Paul D. Murphy-Ahles,

Esquire and docketed as set forth above.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: April 27, 2022

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*