# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Anthony Cuff,                     Chapter          13

    **Debtor 1**

Case No.          1:21−bk−02542−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on April 5, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  May 12, 2022

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Anthony Cuff | **Chapter** 13 |
| **Debtor 1** | |
| | **Case No.** 1:21-BK-02542-HWV |
| | **Matter:** Order Confirming Amended Chapter 13 Plan |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, May 12, 2022, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:21-bk-02542-HWV
Middle District of Pennsylvania
Harrisburg
Tue Apr  5 11:51:12 EDT 2022

Alltran Financial, LP
PO Box 610
Sauk Rapids, MN 56379-0610

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871    DUPLICATE

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(p)BELCO COMMUNITY CREDIT UNION
ATTN ATTN COLLECTIONS DEPARTMENT
449 EISENHOWER BLVD
HARRISBURG PA 17111-2301

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank USA, NA
PO Box 30285    DUPLICATE
Salt Lake City, UT 84130-0285

Citibank, NA
PO Box 6241
Sioux Falls, SD 57117-6241

Crown Asset Management, LLC
3100 Breckinridge Boulevard #725
Duluth, GA 30096-7605

Michael Anthony Cuff
7310 Stoneridge Circle
Harrisburg, PA 17112-9330

D&A Services
1400 East Touhy Avenue, Suite G2
Des Plaines, IL 60018-3338

Discover Bank
Discover Product Inc    DUPLICATE
PO Box 3025
New Albany, OH 43054-3025

Discover Financial Services, LLC
PO Box 3025
New Albany, OH 43054-3025

First National Bank of Omaha
PO Box 2490
Omaha, NE 68103-2490

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

KML Law Group, PC
BNY Mellon Independence Center    DUPLICATE
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy    ELECTRONIC
2132 Market Street
Camp Hill, PA 17011-4706

Nationstar Mortgage LLC d/b/a Mr. Cooper
P.O. Box 619096    DUPLICATE
Dallas, TX 75261-9096

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

PRA Receivables Management, LLC
d/b/a Portfolio Recovery Associates    DUPLICATE
PO Box 41067
Norfolk, VA 23541-1067

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067    ELECTRONIC
NORFOLK VA 23541-1067

RAS LaVrar, LLC
425 Commerce Drive, Suite 150
Fort Washington, PA 19034-2727

Radius Global Solutions, LLC
PO Box 390905
Edina, MN 55439-0905

Ratchford Law Group, PC
54 Glenmaura National Blvd #104
Moosic, PA 18507-2161

Rebecca Ann Solarz
KML Law Group, P.C.    ELECTRONIC
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

Tabbitha Bosack
7310 Stone Ridge Circle
Harrisburg, PA 17112-9330

United States Trustee
228 Walnut Street, Suite 1190    ELECTRONIC
Harrisburg, PA 17101-1722

```
(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625
```

ELECTRONIC

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Belco Community Credit Union          Nationstar Mortgage, LLC          Portfolio Recovery Associates, LLC
Attn: Collections Department          d/b/a Mr. Cooper                  POB 12914
449 Eisenhower Boulevard              PO Box 619096                     Norfolk VA 23541
Harrisburg, PA 17111                  Dallas, TX 75261-9741
```

```
Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER     End of Label Matrix
                                                Mailable recipients    30
                                                Bypassed recipients      1
                                                Total                   31
```