**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Michael Anthony Cuff<br>**Debtor 1**<br><br>Nationstar Mortgage, LLC d/b/a Mr. Cooper<br>**Movant(s)**<br>v.<br>Michael Anthony Cuff<br>Tabitha A. Bosack (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:21-BK-02542-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 36 |

**DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Michael Anthony Cuff, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Upon information and belief, the averments as stated in Paragraph 4 are admitted.

5. Admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7. Denied. Debtor(s) have brought their account with payments totaling $6,845.95.

8. Denied. Debtor(s) have brought their account with payments totaling $6,845.95.

9. Admitted.

10. Paragraph 10 contains a conclusion of law to which no response is required.

11. Denied. Debtor(s) are without sufficient information as to the averments as stated in Paragraph 11; therefore, they are denied. Strict proof is demanded.

12. Paragraph 12 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

|  |  |
|---|---|
| | Respectfully submitted,<br>**DETHLEFS PYKOSH & MURPHY** |
| Date: July 28, 2022 | /s/ Paul D. Murphy-Ahles |
| | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Michael Anthony Cuff<br>**Debtor 1**<br><br>Nationstar Mortgage, LLC d/b/a Mr. Cooper<br>**Movant(s)**<br>v.<br>Michael Anthony Cuff<br>Tabitha A. Bosack (Non-Filing Co-Debtor)<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:21-BK-02542-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 36 |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, July 28, 2022, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Rebecca Solarz, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101


/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire