United States Bankruptcy Court  
Middle District of Pennsylvania

In re:                                                                                                                                                     Case No. 21-02542-HWV  
Michael Anthony Cuff                                                                                                                                              Chapter 13  
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                      User: AutoDocke                                    Page 1 of 1  
Date Rcvd: Aug 10, 2022                          Form ID: pdf010                              Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol        Definition**  
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2022:**

**Recip ID            Recipient Name and Address**  
  +    Tabitha A. Bosack, 7310 Stoneridge Circle, Harrisburg, PA 17112-9330

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2022                             Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Anthony Cuff pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Anthony Cuff<br><br>Debtor(s)<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br><br>Movant<br>v.<br>Michael Anthony Cuff<br><br>Debtor(s)<br>Tabitha A. Bosack<br><br>Co-Debtor<br>and<br>Jack N. Zaharopoulos<br><br>Trustee | CHAPTER 13<br><br><br>NO. 21-02542 HWV<br><br><br><br>11 U.S.C. Section 362 |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 10, 2022