In re:  Case No. 21-02542-HWV

Michael Anthony Cuff  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Oct 25, 2023      Form ID: ordsmiss      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Anthony Cuff, 7310 Stoneridge Circle, Harrisburg, PA 17112-9330 |
| 5448612 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd #104, Moosic, PA 18507-2161 |
| 5448613 | + | Tabbitha Bosack, 7310 Stone Ridge Circle, Harrisburg, PA 17112-9330 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5448597 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2023 18:48:36 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5454753 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2023 18:48:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5448598 | | Email/Text: rmcollections@belco.org | Oct 25 2023 18:38:00 | Belco Community Credit Union, Attn: Collections Department, 449 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 5448599 | | Email/Text: cms-bk@cms-collect.com | Oct 25 2023 18:38:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5451080 | | EDI: CAPITALONE.COM | Oct 25 2023 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5448600 | | EDI: CAPITALONE.COM | Oct 25 2023 22:40:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5448601 | + | EDI: CITICORP.COM | Oct 25 2023 22:40:00 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5448602 | + | Email/Text: bankruptcies@crownasset.com | Oct 25 2023 18:38:00 | Crown Asset Management, LLC, 3100 Breckinridge Boulevard #725, Duluth, GA 30096-7605 |
| 5448603 | ^ | MEBN | Oct 25 2023 18:36:43 | D&A Services, 1400 East Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 5450130 | + | EDI: DISCOVER.COM | Oct 25 2023 22:40:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5448604 | | EDI: DISCOVER.COM | Oct 25 2023 22:40:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5448605 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 25 2023 18:38:00 | First National Bank of Omaha, PO Box 2490, Omaha, NE 68103-2490 |
| 5448606 | + | EDI: IRS.COM | Oct 25 2023 22:40:00 | Internal Revenue Service, Centralized Insolvency |

| Recip ID | Bypass/Method | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5448607 | ^ MEBN | Oct 25 2023 18:36:50 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5456934 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 18:48:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5448608 | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2023 18:38:00 | Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741 |
| 5458303 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2023 18:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5456572 | EDI: PRA.COM | Oct 25 2023 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5448609 | EDI: PRA.COM | Oct 25 2023 22:40:00 | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5448611 | + Email/Text: bknotice@raslavrar.com | Oct 25 2023 18:38:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 5448610 | + Email/Text: ngisupport@radiusgs.com | Oct 25 2023 18:38:00 | Radius Global Solutions, LLC, PO Box 390905, Edina, MN 55439-0905 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5448596 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |

| | |
|---|---|
| | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Anthony Cuff pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael Anthony Cuff, | Chapter 13 |
| **Debtor 1** | Case No. 1:21−bk−02542−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 25, 2023

ordsmiss (05/18)